Certificate Number: 14912-PAE-DE-036799390

Bankruptcy Case Number: 22-12155



14912-PAE-DE-036799390

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 31, 2022</u>, at <u>5:20</u> o'clock <u>PM EDT</u>, <u>Pierre Young</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 31, 2022</u>        By:   <u>/s/Jai Bhatt</u>

                                         Name:   <u>Jai Bhatt</u>

                                         Title:   <u>Counselor</u>