# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Pierre Young | : | |
| Debtor | : | Bankruptcy No. 22-12155-mdc |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 8-17-22, this case is hereby DISMISSED.

September 26, 2022

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Missing Documents:

Chapter 13 Plan

bfmisdoc