United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12155-mdc |
| Pierre L. Young | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 27, 2022 | Form ID: pdf900 | Total Noticed: 12 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pierre L. Young, 905 Mulberry St., Brookhaven, PA 19015-3041 |
| 14714099 | | Consumer Portfolio Services, P.O. Box 57099, Irvine, CA 92619-7099 |
| 14719788 | | EMERGENCY CARE SERVICES OF PENNSYLVANIA PC, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 14714350 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 27 2022 23:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 27 2022 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14718507 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 27 2022 23:42:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 14716352 | ^ | MEBN | Sep 27 2022 23:39:05 | MidFirst Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14714103 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 27 2022 23:45:30 | Midland Mortgage, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 14721074 | | Email/PDF: cbp@onemainfinancial.com | Sep 27 2022 23:45:21 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14714104 | + | Email/PDF: cbp@onemainfinancial.com | Sep 27 2022 23:45:30 | Onemain Financial Group, LLC, P.O. Box 3251, Evansville, IN 47731-3251 |
| 14715435 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Sep 27 2022 23:45:33 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14714100 | | Crozer Hospital |
| 14714101 | | Franklin Mint |
| 14714102 | | Regency Accept |
| 14715436 | * | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Sep 27, 2022 | Form ID: pdf900 | Total Noticed: 12

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 29, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter  13 |
| | : | |
| Pierre Young | | |
| | : | |
| Debtor | : | Bankruptcy No. 22-12155-mdc |

ORDER

AND NOW, it is  ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 8-17-22, this case is hereby DISMISSED.

September 26, 2022

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Missing Documents:

Chapter 13 Plan

bfmisdoc